JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| THUY THANH ALONZO, individually and on behalf of all others similarly situated, | Case No.: 2:21-cv-06953-ODW-PD |
|---|---|
| Plaintiff, | CLASS ACTION |
| v. | Hon. Judge Otis D. Wright II |
| CANTONI ORANGE COUNTY, INC., a California corporation; and DOES 1 to 10, inclusive, | **ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A)** |
| Defendants. | Complaint Filed: August 27, 2021<br>Trial Date:          February 21, 2023 |

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS CASE

1    IT IS HEREBY ORDERED THAT, good cause showing, Plaintiff Thuy Thanh Alonzo and Defendant Cantoni Orange County, Inc.'s joint request that this Court enter a dismissal with prejudice as to Plaintiff's individual claims in their entirety and without prejudice as to the claims of absent putative class members in the above-entitled action, is GRANTED in full. Each party shall bear her or its own fees and costs.

IT IS SO ORDERED.

Dated: April 26, 2022

_____
HON. OTIS D. WRIGHT II
U.S. DISTRICT COURT JUDGE